FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV - 6 2018

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CASEY SANTIOIUS HEAD | Criminal Indictment<br><br>No. 3 18-CR-22 |

THE GRAND JURY CHARGES THAT:

**Count One**

Between on or about October 24, 2015 and on or about June 24, 2017, in the Northern District of Georgia, the defendant, CASEY SANTIOIUS HEAD, knowingly distributed at least one visual depiction of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

**Count Two**

Beginning on a date unknown to the Grand Jury, but at least by on or about June 26, 2018, in the Northern District of Georgia, the defendant, CASEY SANTIOIUS HEAD, knowingly received at least one visual depiction of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate and

foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

## Count Three

On or about June 26, 2018, in the Northern District of Georgia, the defendant, CASEY SANTIOIUS HEAD, did knowingly possess at least one visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions (a) having been produced using minors engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## Forfeiture

Pursuant to Title 18, United States Code, Section 2253, upon conviction of any of the offenses charged in Counts One through Three of this Indictment, the defendant, CASEY SANTIOIUS HEAD, shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to the following:

   a. one Dell Laptop Computer, serial number JHNJSF2;

   b. one HP Laptop Computer, serial number 5CB2260SN5; and

   c. one Samsung Galaxy S6 Cell Phone, serial number SMG928VZDA.

If any of the property described above, as a result of any act or omissions of the defendant, CASEY SANTIOIUS HEAD:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

[CONTINUED ON THE FOLLOWING PAGE]

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A __True__ BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

_____
JILL E. STEINBERG
*Assistant United States Attorney*
Georgia Bar No. 502042

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303
404-581-6000; Fax: 404-581-6181