# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

## 3:18-cr-00022-TCB-RGV
## USA v. Head
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 05/24/2019.

TIME COURT COMMENCED: 1:57 P.M.
TIME COURT CONCLUDED: 2:02 P.M.    TAPE NUMBER: FTR
TIME IN COURT: 00:05    DEPUTY CLERK: Amanda Zarkowsky
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Casey Santioius Head Present at proceedings |
| ATTORNEY(S) PRESENT: | Margaret Strickler representing Casey Santioius Head<br>Chelsea Thomas representing Casey Santioius Head |
| PROCEEDING CATEGORY: | Attorney Appointment Hearing<br>Motion Hearing |
| MOTIONS RULED ON: | DFT#1-[26]Motion to Withdraw as Attorney GRANTED<br>DFT#1-[26]Motion to Appoint Counsel GRANTED<br>DFT#1-[27]Motion to Withdraw as Attorney GRANTED<br>DFT#1-[27]Motion to Appoint Counsel GRANTED |
| MINUTE TEXT: | Defendant requested that counsel be appointed. Attorneys Margaret Strickler and Chelsea Thomas are excused from any further representation of defendant Casey Head. The Court finds that defendant qualifies for Court Appointed counsel. |